IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INTERNATIONAL UNION OF
SECURITY, POLICE, FIRE
PROFESSIONALS OF AMERICA
(SPFPA), et al.,

    Plaintiffs,

    v.

U.S. PREMIER SECURITY SERVICES,
INC., et al.,

    Defendants.

CIVIL NO. 04-1726 (RLA)

**DEFAULT JUDGMENT**

Default having been entered as to defendants and it appearing that plaintiffs are entitled to judgment as prayed for in the complaint, the petition for default judgment (docket No. **54**)[1] is hereby **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that defendants U.S. PREMIER SECURITY SERVICES, INC. and JOSEAN SANTOS are indebted to plaintiffs in the total amount of **$430,893.48** ($117,884.12 in over 8 hours overtime; $244,649.20 in lunch hours worked; $68,360.16 in over 40 hours overtime), as follows.

---

[1] *See also*, Plaintiffs' Statements under Penalty of Perjury (docket No. **77**), Motion to Include Additional Statements (docket No. **79**) and Motion to [sic] Supplementing Plaintiff's Statements (docket No. **81**). The following claimants were not named in the complaint and thus their statements, submitted under docket No. 77, have not been considered by the Court: JOSEAN BAEZ, KIMBERLY HERNANDEZ and MADELINE MEDINA.

**CIVIL NO. 04-1726 (RLA)**                                            **Page 2**

---

**LOURDES ACEVEDO**

| | |
|---|---:|
| Overtime (over 8 hours in a day including penalty) | **$ 4,333.68** |
| Lunch hours worked (including penalty) | **11,556.48** |
| Overtime (over 40 hours in a week - including penalty) | **3,375.28** |

**RAMEL ALDARONDO**

| | |
|---|---:|
| Overtime (over 8 hours in a day including penalty) | **$ 7,528.38** |
| Lunch hours worked (including penalty) | **12,112.08** |
| Overtime (over 40 hours in a week - including penalty) | **2,555.76** |

**JOSE ANTONIO BLAS ACEVEDO**

| | |
|---|---:|
| Overtime (over 8 hours in a day including penalty) | **$ 1,375.12** |
| Lunch hours worked (including penalty) | **4,074.40** |
| Overtime (over 40 hours in a week - including penalty) | **2,222.40** |

**ZULEYKA CASTRO**

| | |
|---|---:|
| Overtime (over 8 hours in a day including penalty) | **$ 2,375.19** |
| Lunch hours worked (including penalty) | **8,778.48** |
| Overtime (over 40 hours in a week - including penalty) | **208.35** |

**WANDA COLON**

| | |
|---|---:|
| Overtime (over 8 hours in a day including penalty) | **$ 7,799.24** |
| Lunch hours worked (including penalty) | **12,926.96** |
| Overtime (over 40 hours in a week - including penalty) | **8,862.06** |

**EVELYN CRUZ**

| | |
|---|---:|
| Overtime (over 8 hours in a day including penalty) | **$ 7,403.37** |
| Lunch hours worked (including penalty) | **13,815.92** |
| Overtime (over 40 hours in a week - including penalty) | **2,903.02** |

**CIVIL NO. 04-1726 (RLA)**                                             **Page 3**

**JOANNE CUEVAS**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 7,528.38** |
| Lunch hours worked (including penalty) | **12,112.08** |
| Overtime (over 40 hours in a week - including penalty) | **2,555.76** |

**KENNY DELGADO**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 3,715.60** |
| Lunch hours worked (including penalty) | **7,704.32** |
| Overtime (over 40 hours in a week - including penalty) | **-0-** |

**RAFAEL DELGADO**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 1,375.12** |
| Lunch hours worked (including penalty) | **4,074.40** |
| Overtime (over 40 hours in a week - including penalty) | **2,222.40** |

**HERMINIO FIGUEROA**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 2,375.19** |
| Lunch hours worked (including penalty) | **8,778.48** |
| Overtime (over 40 hours in a week - including penalty) | **208.35** |

**JOEL GARCIA MORENO**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 4,805.94** |
| Lunch hours worked (including penalty) | **7,148.72** |
| Overtime (over 40 hours in a week - including penalty) | **791.73** |

**WILLIAM GOMEZ**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 1,611.24** |
| Lunch hours worked (including penalty) | **7,370.96** |
| Overtime (over 40 hours in a week - including penalty) | **1,263.99** |

**CIVIL NO. 04-1726 (RLA)** Page 4

**IVETTE HERNANDEZ**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 5,444.88** |
| Lunch hours worked (including penalty) | **10,963.84** |
| Overtime (over 40 hours in a week - including penalty) | **5,042.08** |

**MIGUEL LARRIEUX CRUZ**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 3,500.28** |
| Lunch hours worked (including penalty) | **6,852.40** |
| Overtime (over 40 hours in a week - including penalty) | **1,333.44** |

**JOSE R. MEDINA**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 4,805.94** |
| Lunch hours worked (including penalty) | **7,148.72** |
| Overtime (over 40 hours in a week - including penalty) | **791.73** |

**AMERICA MORALES**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 7,799.24** |
| Lunch hours worked (including penalty) | **12,926.96** |
| Overtime (over 40 hours in a week - including penalty) | **8,862.06** |

**MARITZA NIEVES**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 4,528.14** |
| Lunch hours worked (including penalty) | **10,445.28** |
| Overtime (over 40 hours in a week - including penalty) | **3,319.71** |

**JOSE D. ORTIZ MONTALVO**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 5,347.66** |
| Lunch hours worked (including penalty) | **8,482.16** |
| Overtime (over 40 hours in a week - including penalty) | **1,541.80** |

**CIVIL NO. 04-1726 (RLA)**                                            **Page 5**

---

**HILDA L. PEREZ**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 1,611.24** |
| Lunch hours worked (including penalty) | **7,370.96** |
| Overtime (over 40 hours in a week - including penalty) | **1,263.99** |

**PRISCILA QUIÑONES**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 4,528.14** |
| Lunch hours worked (including penalty) | **10,445.28** |
| Overtime (over 40 hours in a week - including penalty) | **3,319.71** |

**JUAN R. REVERON**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 1,611.24** |
| Lunch hours worked (including penalty) | **7,370.96** |
| Overtime (over 40 hours in a week - including penalty) | **1,263.99** |

**RAUL RIOS YUHASZ**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 5,861.58** |
| Lunch hours worked (including penalty) | **7,926.56** |
| Overtime (over 40 hours in a week - including penalty) | **4,187.84** |

**HECTOR L. ROMAN**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 1,611.24** |
| Lunch hours worked (including penalty) | **7,370.96** |
| Overtime (over 40 hours in a week - including penalty) | **1,263.99** |

**EVER RUIZ FELICIANO**

| | |
|---|---|
| Overtime (over 8 hours in a day including penalty) | **$ 2,152.95** |
| Lunch hours worked (including penalty) | **6,111.60** |
| Overtime (over 40 hours in a week - including penalty) | **1,777.92** |

**CIVIL NO. 04-1726 (RLA)**                                              **Page 6**

**LUIS SANTIAGO**

| | |
|---|---:|
| Overtime (over 8 hours in a day including penalty) | **$ 3,715.60** |
| Lunch hours worked (including penalty) | **7,704.32** |
| Overtime (over 40 hours in a week - including penalty) | **-0-** |

**MELVIN TORRES**

| | |
|---|---:|
| Overtime (over 8 hours in a day including penalty) | **$ 5,444.88** |
| Lunch hours worked (including penalty) | **10,186.00** |
| Overtime (over 40 hours in a week - including penalty) | **3,166.92** |

**WILLIAM YULFO**

| | |
|---|---:|
| Overtime (over 8 hours in a day including penalty) | **$ 5,333.76** |
| Lunch hours worked (including penalty) | **6,889.44** |
| Overtime (over 40 hours in a week - including penalty) | **3,166.92** |

**SERGIO ZAYAS**

| | |
|---|---:|
| Overtime (over 8 hours in a day including penalty) | **$ 2,361.30** |
| Lunch hours worked (including penalty) | **6,000.48** |
| Overtime (over 40 hours in a week - including penalty) | **888.96** |

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of November, 2006.

                                                         S/Raymond L. Acosta
                                                        RAYMOND L. ACOSTA
                                                  United States District Judge